**Thomas C. Kelly, Appellee, v. Blanche E. Tanner, Appellant.**

**Gen. No. 44,831.**

Hanson & Doyle, for appellant; Fay Warren Johnson, of counsel; no appearance, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed December 29, 1949; released for publication January 23, 1950.

**Sonney Amusement Enterprises, Inc., Appellee, v. Astor Entertainment Company, Inc., and Dwain Esper, Defendants.**
**Appeal of Dwain Esper, Appellant.**

**Gen. No. 45,026.**